IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01097-WJM-MEH

JOHNATHON HOPMANN,

    Plaintiff,

v.

SOUTHWEST CREDIT SYSTEMS, L.P.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 30, 2015**.

    The Stipulated Motion for Entry of Protective Order [filed July 28, 2015; docket #29] is **granted**. The parties' Proposed Stipulated Protective Order is filed contemporaneously.